IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:19-79 |
| | : | |
| IVAN JAMES, KAI JAMES, JOH WILLIAMS, MALACHI BENJAMIN, JAHKIEBO JOSEPH, ARIEL PETERSON | : : : : | |

## ORDER

**AND NOW**, this 14th day of December 2023, following on our concerns regarding trial disclosures detailed in our December 8, 11, 12, 13, 2023 Orders (ECF Nos. 669, 673, 678, 686, 692), upon studying the United States' compliant *ex parte* second amended trial Memorandum (ECF No. 701) responsive to our December 13, 2023 Order (ECF No. 692) allowing us to understand on an *in camera* basis the identification of fact witnesses not previously disclosed and an offer of proof for them, and having found good cause to withhold the identification of non-governmental fact witnesses until four days before jury selection, it is **ORDERED** the United States shall:

1.  On or before **December 20, 2023,** file the second amended trial Memorandum (ECF No. 701) redacting only the names and offers of proof of all identified non-governmental witnesses ensuring the Defendants know the identity and anticipated general areas of testimony from government witnesses including from the Drug Enforcement Administration, the Virgin Islands Police Department, the Bureau of Alcohol, Tobacco and Firearms, the Bureau of Corrections, Department of Homeland Security, and Customs and Border Protection, and the earlier identified experts; and,

2. The United States shall identify all remaining trial fact witnesses for its case-in-chief not disclosed on December 20, 2023 by no later than **January 12, 2024** consistent with the United States Memorandum (ECF No. 687).

_____
KEARNEY, J.