IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:19-79 |
| | : | |
| IVAN JAMES, KAI JAMES, JOH WILLIAMS, MALACHI BENJAMIN, JAHKIEBO JOSEPH, ARIEL PETERSEN | : : : : | |

# ORDER

**AND NOW**, this 28th day of December 2023, upon reviewing the United States' Response (ECF No. 755) to our December 22, 2023 Order (ECF No. 747) generating further questions based on knowing of United States' filings in other matters on December 18, 2023 and December 21, 2023 in the District, not aware of an impediment to filing inside the Court systems on December 18, 19, 20, or on the due date of December 21, 2023, and we are advised the Clerk of Court accepts all walk-in paper filings especially if an ECF-registered party is unable to electronically file under Local Rule 5.4(k) made applicable under Local Rule of Criminal Procedure 1.2, it is **ORDERED** the United States is granted leave to present evidence during our January 9, 2024 pretrial conference in further response to our December 22, 2023 Order (ECF No. 747) including fully addressing the basis for facts in the Response (ECF No. 755) and why the United States did not timely file on December 18, 19, 20, or 21, 2023 under our Order (ECF No. 722) including testimony or sworn statements from the person(s) attempting to file electronically or in person on each of the four days and specific details on who spoke to the Clerk of Court, who they spoke to, and when so as to allow the United States to represent the Court would not accept their timely paper filings.

_____
**KEARNEY, J.**