IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:19-79 |
| | : | |
| IVAN JAMES, KAI JAMES, JOH WILLIAMS, MALACHI BENJAMIN, JAHKIEBO JOSEPH, ARIEL PETERSEN | : : : : | |

## ORDER

**AND NOW**, this 4th day of January 2024, upon learning of some confusion arising from our reference to the United States' obligations on transport, housing, and subsistence for Defendant Petersen for our January 9, 2024 pretrial hearings in our December 13, 2023 Order (ECF No. 695), learning of the United States Marshal Service's abilities and the limited housing facilities available on St. Thomas for indigent Defendant Petersen on pre-trial release, and for good cause to clarify the United States' obligations and advise Defendant Petersen to mitigate surprise and allow sufficient time to prepare and plan, it is **ORDERED** we **CLARIFY** our December 13, 2023 Order (ECF No. 695) so as to direct the:

1. United States Marshal for the District of the Virgin Islands furnish or provide for transportation for Defendant Ariel Petersen from St. Croix, VI, to St. Thomas, VI, for his attendance at our motions hearing on January 9, 2024 with no obligation to transport him back to St. Croix; and,

2. United States Probation Office for the District of the Virgin Islands assist the defendant in securing, to the extent a bed is available in a shelter in St. Thomas, V.I. on January

9, 2024, for Defendant Petersen's necessary housing for his attendance at the January 9, 2024 hearing.

_____
KEARNEY, J.