IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:19-79 |
| | : | |
| IVAN JAMES, KAI JAMES, JOH WILLIAMS, MALACHI BENJAMIN, JAHKIEBO JOSEPH, ARIEL PETERSEN | : : : | |

## ORDER

**AND NOW**, this 5th day of January 2024, mindful of the United States' pre-hearing Memorandum (ECF No. 793) identifying offers of proof for live witnesses prepared to testify at our January 9, 2024 pretrial conference, considering Defendant Ivan James' Motion to confirm our scheduled hearing (ECF No. 794), reminding counsel our January 4, 2024 Order (ECF No. 786) clearly advises the parties the hearing will be held with live witnesses in the courtroom should any party identify live witnesses with a fulsome offer of proof in a pre-hearing memorandum, it is **ORDERED** Defendant Ivan James' Motion (ECF No. 794) is **DENIED** as there is no need to clarify or reinstate the conference including hearings and argument on the pending motions set for January 9, 2024 in the St. Thomas Courthouse.

KEARNEY, J.